1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF WASHINGTON

7    CHRISTINE S. BROWN,

                                              NO:  2:14-CV-301-RMP
8                         Plaintiff,

         v.                                   ORDER GRANTING STIPULATED
9                                             MOTION FOR TRANSFER OF
     JOHNSON & JOHNSON; JANSSEN               ACTION PURSUANT TO 28 U.S.C. §
10   PHARMACEUTICA, INC.; and                 1404(a)
     JANSSEN RESEARCH &
11   DEVELOPMENT, LLC,

12                        Defendants.

13

14         BEFORE THE COURT is the parties' Stipulated Motion for Transfer of

15   Action Pursuant to 28 U.S.C. § 1404(a).  **ECF No. 31**.  The Court has reviewed the

16   motion, all relevant filings, and is fully informed.

17         The parties jointly request the Court to transfer this case to the United States

18   District Court for the District of Colorado, Denver Division.  ECF No. 31.  The

19   parties represent that the plaintiff, Christine S. Brown, who is appearing pro se,

20   resides in the District of Colorado.  ECF No. 31.  The parties further represent that

ORDER GRANTING STIPULATED MOTION FOR TRANSFER ~ 1

1   certain events from which the case arises occurred in the District of Colorado, and

2   that the action could have been brought in that district.  ECF No. 31.

3   　　　Section 1404(a) of Title 28 of the United States Code provides that, "[f]or

4   the convenience of parties and witnesses, and in the interest of justice, a district

5   court may transfer any civil action to any other district or division where it might

6   have been brought or to any district or division to which all parties have

7   consented."  28 U.S.C. § 1404(a).  Therefore, because all parties have consented

8   and because the District of Colorado will be a more convenient forum for the

9   parties and witnesses, the Court finds that the interests of justice are best served by

10  transferring this case to the District of Colorado.

11  　　　Accordingly, **IT IS HEREBY ORDERED**:

12  　　1.  Stipulated Motion for Transfer of Action Pursuant to 28 U.S.C. §

13  　　　　1404(a), **ECF No. 31**, is **GRANTED**.

14  　　2.  This case is hereby transferred to the United States District Court of the

15  　　　　District of Colorado, Denver Division.

16  　　　The District Court Clerk is directed to enter this Order, facilitate transfer of

17  this case, and provide copies to counsel, and close this case.

18  　　　**DATED** this 25th day of November 2014.

19

　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
20  　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR TRANSFER ~ 2